UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>E. MUNOZ, J. CERDA,<br><br>    Defendants. | Case No.  1:21-cv-1372-HBK (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on September 14, 2021.  (Doc. No. 1).  Plaintiff did not accompany his complaint with the $402.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Accordingly, it is **ORDERED**:

Within thirty (30) days of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis*; or (2) pay the $402.00 filing fee for this action. If Plaintiff fails to comply with this order or explain his inability to comply, the undersigned will recommend the Court dismiss this action without further notice.

Dated:   September 15, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE