UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS, | Case No. 1:21cv1372-JLT-HBK |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. No. 7) |
| E. MUNOZ; J. CERDA, | |
| Defendants. | |

On December 8, 2021, the magistrate judge issued a Findings and Recommendations recommending Plaintiff's motion for a temporary restraining order or a preliminary injunction be denied. (Doc. No. 7.) The Findings and Recommendations served on Plaintiff contained a notice that any objections to the Findings and Recommendations were due within fourteen days. (*Id.* at 1.) Plaintiff has not filed any objections and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on December 8, 2021 (Doc. No. 7) is adopted in full.

///

2. This matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **January 14, 2022**                                  _____
                                                                                    UNITED STATES DISTRICT JUDGE