UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. MUNOZ and J. CERDA,<br><br>　　　　Defendants. | Case No.  1:21-cv-01372-JLT-HBK (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(Doc. No. 40) |

Pending before the Court is Defendants' Motion to Modify the Discovery and Scheduling Order. (Doc. No. 40). Defendants request that the current dispositive motion deadline of August 21, 2024 be extended by 60 days to October 21, 2024. (*Id*. at 1-2). Defense counsel asserts he recently took over the case from prior counsel and has scheduling conflicts in August that prevent him from filing a dispositive motion by the current deadline. (Doc. No. 40-1 at 1-2). Having read and considered Defendants' motion and the declaration of Defendants' counsel in support, the Court finds good cause to grant an extension of time for Defendants to file a dispositive motion.

Accordingly, it is **ORDERED:**

1. Defendants' Motion to Modify the Discovery and Scheduling Order (Doc. No. 40) is **GRANTED.** The dispositive motions deadline in this case is extended from August 21, 2024 to October 21, 2024.

2. The remaining procedures and deadlines set forth in the August 21, 2023 Discovery and Scheduling Order (Doc. No. 35) otherwise shall govern this action.

Dated: July 20, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE